**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF MISSISSIPPI

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
  amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Williamson & Williamson Farms Partnership** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **64-0888282** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **25 Williamson Lane**<br>**Tutwiler, MS 38963**<br>Number, Street, City, State & ZIP Code | **PO Box 591**<br>**Drew, MS 38737**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Sunflower**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☑ Partnership<br><br>☐ Other. Specify: _____ |

Debtor    **Williamson & Williamson Farms Partnership**                                    Case number *(if known)* _____

         Name

---

**7.  Describe debtor's business**          A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.
      __1111__

---

**8.  Under which chapter of the Bankruptcy Code is the Debtor filing?**          *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____

District _____    When _____    Case number _____

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                    Relationship to you _____

District _____    When _____    Case number, if known _____

---

Debtor    **Williamson & Williamson Farms Partnership**                  Case number (*if known*) _____
Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

| ■ | **Statistical and administrative information** |

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    **Williamson & Williamson Farms Partnership**                    Case number (*if known*) _____
            Name

| | Request for Relief, Declaration, and Signature |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 26, 2016**
            MM / DD / YYYY

**X /s/ Ricky D. Williamson**                        **Ricky D. Williamson**
Signature of authorized representative of debtor            Printed name

Title    **Partner**

**18. Signature of attorney**

**X /s/ Jeffrey A. Levingston**                Date    **February 26, 2016**
Signature of attorney for debtor                            MM / DD / YYYY

**Jeffrey A. Levingston**
Printed name

**Levingston & Levingston, P.A.**
Firm name

**201 S. Pearman Avenue
P. O. Box 1327
Cleveland, MS 38732**
Number, Street, City, State & ZIP Code

Contact phone    **662-843-2791**    Email address    **jleving@bellsouth.net**

**1219**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Williamson & Williamson Farms Partnership** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 26, 2016**        *X* **/s/ Ricky D. Williamson**
                                                    Signature of individual signing on behalf of debtor

                                                    **Ricky D. Williamson**
                                                    Printed name

                                                    **Partner**
                                                    Position or relationship to debtor

Official Form 202                          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Williamson & Williamson Farms Partnership** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF MISSISSIPPI** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Claus Financial 1291 Corporate Ave Memphis, TN 38132** | | **2015 Class 740TT Lexion Combine** | **Unliquidated** | **$335,000.00** | **$325,000.00** | **$10,000.00** |
| **John Deere Financial 8402 Excelsier Dr Madison, WI 53705-0326** | | **Trade Debt** | | | | **$43,387.77** |
| **Productivity Plus Account PO Box 78004 Phoenix, AZ 85062** | | **Trade Debt** | | | | **$22,990.27** |
| **Scott Petroleum Corp 102 Main Street Itta Bena, MS 38941** | | **Trade Debt** | | | | **$3,614.23** |
| **Scott Petroleum Corp 102 Main Street Itta Bena, MS 38941** | | **Trade Debt** | | | | **$376.22** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Williamson & Williamson Farms Partnership**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*..........................................................    $         **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.....................................................    $      **2,593,024.00**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.......................................................    $      **2,593,024.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **2,035,907.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................................    $         **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*...............................    +$      **70,368.49**

4.   Total liabilities ............................................................................................
   Lines 2 + 3a + 3b            $      **2,106,275.49**

**Fill in this information to identify the case:**

Debtor name    **Williamson & Williamson Farms Partnership**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Lines 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Planters Bank & Trust**<br>**PO Box 9**<br>**Ruleville, MS 38771** | **Checking** | **6146** | **$9,567.00** |
| 3.2. | **State Bank & Trust Co.** | **Checking** | **9177** | **$1,346.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$10,913.00**

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Williamson & Williamson Farms Partnership** | | Case number *(If known)* | |
| | Name | | | |

| 11a. 90 days old or less: | 4,640.00 | - | 0.00 | = .... | $4,640.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**12.**    **Total of Part 3.**

     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$4,640.00

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☐ No.  Go to Part 7.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.**   **Crops-either planted or harvested** <br> **1st on 28000 bu. Soybeans** <br> **2nd on equipment  (State Bank & Trust)** | $0.00 | | $257,600.00 |
| **1st on Rice inventory** <br> **2nd on all equipment (State Bank & Trust)** | $0.00 | | Unknown |
| **Equipment pursuant to attached list** <br> **State Bank & Trust holds a 2nd on all the equipment after CNH, Claus, Planters Bank & John Deere** <br> **Pinnacle holds a 3rd position lien on all of the equipment after State Bank & Trust** <br> **("Current value" is the total value on the attached list reduced by the values of secured property of CNH, Claus, Planters Bank, and John Deere.)** | $0.00 | | $1,456,571.00 |
| **29.**   **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| **30.**   **Farm machinery and equipment** *(Other than titled motor vehicles)* <br> **John Deere 726 Mulcher** <br> **John Deere 8420 Tractor** <br> **J & M 875 Grain Cart** <br> **John Deere 8520 Tractor** <br> **John Deere 8225R Tractor** | $0.00 | | $313,300.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor    **Williamson & Williamson Farms Partnership**    Case number *(If known)* _____
Name

| | | |
|---|---|---|
| **Sunflower 1435-33 Discs (2)** | $0.00 | $70,000.00 |
| **Kelley Harrow 45D** | $0.00 | $55,000.00 |
| **John Deere 8430 Tractor** | $0.00 | $100,000.00 |
| **2015 Class 740TT Lexion Combine** | $0.00 | $325,000.00 |

31.     **Farm and fishing supplies, chemicals, and feed**

32.     **Other farming and fishing-related property not already listed in Part 6**

33.     **Total of Part 6.**                                                                        $2,577,471.00

        Add lines 28 through 32.  Copy the total to line 85.

34.     **Is the debtor a member of an agricultural cooperative?**
        ■ No
        ☐ Yes.  Is any of the debtor's property stored at the cooperative?
                ☐ No
                ☐ Yes

35.     **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.     **Is a depreciation schedule available for any of the property listed in Part 6?**
        ■ No
        ☐ Yes

37.     **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **Williamson & Williamson Farms Partnership**
Name

Case number *(If known)* _____

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Williamson & Williamson Farms Partnership**                    Case number *(If known)* _____
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,913.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,640.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $2,577,471.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,593,024.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,593,024.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fair Market Value**

**Tractors**

1.  $90,000.00   2005 John Deere 9520 4WD, Flotation Tires, S1 Autosteer, 6,648 Hours, SN-RW9520E030160, Very Good Condition
2.  $100,000.00   2008 John Deere 8430, MFWD, SF-2 Autosteer, 6,004 Hours SN-RW8430PO24683, Very Good Condition
3.  $100,000.00   2007 John Deere 8430 MFWD, SF-2 Autosteer, 4,601 Hours, SN-RW8430PO12742, Very Good Condition
4.  $110,000.00   2010 John Deere 8225R, MFWD, SF-2, Autosteer, 3,343 Hours, SN-1RW8225RK9P004303, Very Good Condition
5.  $80,000.00   2005 John Deere, 8520, MFWD,  SF-2, Autosteer, Duals Front & Rear, 3,401 Hours, SN-1RW8520P030728, Very Good Condition
6.  $19,000.00   Kubota M7040, MFWD, SN-58957 with Kubota LA 1153 Loader, SN-B1887, 1,463 Hours, Very Good Condition

$499,000.00   Total : Tractors

**Combines/Harvest Equipment**

7.  $13,000.00   2005 Honey Bee SP25R Header, 25', with UII Reels SN-500019, Very Good Condition
8.  $13,000.00   2005 Honey Bee SP25R Header, 25', with UII Reels SN-503744, Very Good Condition
9.  $5,400.00   Header Trailers, No S/N, Good Condition (3 @ $1,800.00ea)
10.  $9,000.00   John Deere 844 Corn Header, SN-625524, 8 Row, Good Condition
11.  $9,000.00   John Deere 844 Corn Header, SN-610725, 8 Row, Good Condition
12.  $12,500.00   Parker 710R Grain Cart, SN-14280, Very Good Condition
13.  $18,000.00   2012 J & M 875-18 Grain Cart, SN-1206910, Very Good Condition
14.  $18,000.00   Demco 85 Grain Cart, SN-Z220115, Very Good Condition
15.  $14,000.00   2005 Honey Bee SP25R Header, 25',  with UII Reels, SN-500021, Very Good Condition
16.  $325,000.00   2015 CLAAS 740TT Lexion Combine, 235 Engine Hours, 135 Separator Hours, SN-6800575, Very Good Condition
17.  $325,000.00   2015 CLAAS 740TT Lexion Combine, 290 Engine Hours, 180 Separator Hours, SN-6800576, Very Good Condition

$761,900.00   Total : Combines/Harvest Equipment

**Trucks and Trailers**

18.  $5,000.00   1997 Volvo Day Cab Truck, VIN-856325, Good Condition
19.  $1,500.00   1991 Volvo Cabover Truck, VIN-726935 Good Conditon
20.  $12,500.00   2007 International Tractor Truck, VIN-2HSCNAPR67C308454, Very Good Condition
21.  $12,500.00   2005 International Tractor Truck, VIN- 2HSCNAPR55C015819, Very Good Condition
22.  $15,000.00   Timpte Hopper Bottom Trailer, SN-LB081308, Very Good Condition



| 23. | $12,000.00 | 1984 Timpte Hopper Bottom Trailer, SN-EB059349, Very Good Condition |
| 24. | $11,000.00 | 1991 Wilson Hopper Bottom Trailer, SN-MA214884, Very Good Condition |
| 25. | $15,000.00 | 2004 CPS Hopper Bottom Trailer, SN-84P004593, Very Good Condition |
| 26. | $5,000.00 | Flatbed Trailer, Water Transport (4) 1,550 Gallon Tanks, Pumps, Hoses, Very Good Condition |
| | $89,500.00 | Total : Trucks and Trailers |

**Field Equipment**

| 27. | $25,000.00 | Great Plains 2525P Drill, SN-GP1167SS, Twin Row, 38" Monitor, Very Good Condition |
| 28. | $24,000.00 | Great Plains 2420 Drill, SN-GPFF1313, Solid Stand, Monitor, Very Good Condition |
| 29. | $25,000.00 | Great Plains 2525P Drill, SN-1212SS, Solid Stand, 9.5" Row Spring, Monitor, Very Good Conditon |
| 30. | $6,000.00 | Great Plains LS12 Seeder Mounted on Concrete Levee Packer, SN-SS1155, Very Good Condition |
| 31. | $2,000.00 | Sprayrite Roller, 25' Folding, Very Good Conditon |
| 32. | $750.00 | Pupp Poly Pipe Retriever, Very Good Condition |
| 33. | $2,500.00 | Bushog 3PT, SN-13414, Good Condition |
| 34. | $2,000.00 | Bushog 2610L Side Delivery, RH Fold, SN-NA |
| 35. | $5,000.00 | Brandt Roller 32', Hydraulic fold, Model BR-32-91, SN-106, Very Good Condition |
| 36. | $1,500.00 | Bell Do-All, 8 Row, SN-NA |
| 37. | $7,000.00 | Eddins Roller Buster, 8 Row, 3 PT, SN-599, Very Good Conditon |
| 38. | $7,500.00 | Wilrich 2800 Field Cultivator, SN-450600, 28', Very Good Conditon |
| 39. | $15,000.00 | Case IH Tiger Mate II, 36', Model TM-14, SN-18436, Very Good Conditon |
| 40. | $7,500.00 | Martens HD-16 Drag Narrow, SN-100908, 46', Very Good Conditon |
| 41. | $1,500.00 | International 480 Disc, Good Conditon |
| 42. | $9,000.00 | Shortline Fertilizer Rig, 8 Row, Very Good Conditon |
| 43. | $2,000.00 | Hooded Sprayer, 35', 3PT, Fair Conditon |
| 44. | $4,000.00 | Krause Subsoiler, Model 838F, SN 1440, 8 Row, Stack & Fold, Very Good Conditon |
| 45. | $3,000.00 | Brandt 1650 H Land Plane, SN-897, 16' x 50', Very Good Conditon |
| 46. | $350.00 | Holly Land Plane, 18' - Salvage |
| 47. | $1,600.00 | W & R Land Plane, 14' x 16', Fair Condition (2 @ $800.00ea) |
| 48. | $10,000.00 | Nammco Land Grader, Model LG-40, SN-1214, 40' Width, Very Good Conditon |
| 49. | $400.00 | Drag Pipe, No SN, Good Conditon |
| 50. | $1,200.00 | Rhino 3 PT Grader Blade, SN-3197, Good Conditon |
| 51. | $1,300.00 | Midland 3 yard Dirt Pan, SN-533096, Good Conditon |
| 52. | $1,000.00 | John Deere 3 PT, Backhoe, Good Conditon |
| 53. | $1,750.00 | Proctor 16' x 50' Land Plane, Very Good Conditiion |
| 54. | $2,500.00 | John Deere Rotary Hoe, Model 400, 8 Row, Hydraulic Fold, Good |

| | | Condition |
|---|---|---|
| 55. | $750.00 | John Deere 16' Chisel Plow, 3PT, Good Conditon |
| 56. | $1,200.00 | PFM 3 PT Ditcher, SN-400-342, Very Good Conditon |
| 57. | $5,000.00 | EZ Trail Seed Tender, SN-28047, Very Good Condition |
| 58. | $10,000.00 | Krause Cultipacker, Model 2278, 28', SN-NA, Very Good Condition |
| 59. | $4,000.00 | John Deere 886 Cultivator, 8 Row, SN-912, Very Good Condition |
| 60. | $3,000.00 | Landoll Cultivator, Model HCF-98, SN-464, Very Good Condition |
| 61. | $10,000.00 | Roll-A-Cone Hipper, 8 Row, SN-491, Very Good Condition |
| 62. | $15,000.00 | John Deere Mulch Finisher, Model 726, SN-5014, 36' Wide, Very Good Conditon |
| 63. | $38,000.00 | 2013 Sunflower Disc, Model 1435, 35' Wide, SN-AGCS8143500Z10035033, New Condition |
| 64. | $38,000.00 | 2013 Sunflower Disc, Model 1435, 35' Wide, SN-AGCS8143500Z10024433, New Condition |
| 65. | $350.00 | AMCO AD10-18 Ditcher, SN-92020075, Fair Condition |
| 66. | $55,000.00 | 2012 Kelly 45 D Rice Harrow, SN-1130152, Very Good Condition |
| 67. | $4,500.00 | EZ Drop Poly Pipe Roller, SN-16108, Very Good Condition |
| 68. | $7,500.00 | Wilrich 3400 Mulcher, SN-447912, Very Good Condition |
| 69. | $12,500.00 | McFarlane Field Cultivator, 32', Do-All Attachment, Very Good Conditon |
| 70. | $6,000.00 | 2012 Proctor Drag Box, SN-12-3467, Very Good Condition |
| 71. | $7,500.00 | John Deere 1710 8 Row Planter, SN-H01710R675232, Very Good Condition |
| 72. | $10,000.00 | 2014 40' 12 Row Broadcast Sprayer |
| 73. | $7,000.00 | AMCO Dyke Plowm Model# LJ-65624, SN-11100454, Very Good Condition |
| 74. | $3,000.00 | Hurricane 3 PT-15 Ditcher, SN-N/A, Very Good Condition |
| 75. | $4,000.00 | Holley 3PT 8 Row Harrow, SN-4051 |
| 76. | $10,000.00 | John Deere 630 Disc, SN-NO6300015234, Good Condition |
| 77. | $2,500.00 | John Deere 235 Disc, SN-N/A, Good Condition |
| 78. | $17,000.00 | 2014 Rhino Epic Batwing Cutter, Model 4155-3, SN-30113, Very Good Condition |
| 79. | $2,500.00 | Holly 8 Row Folding Harrow, SN-714335, Very Good Condition |
| 80. | $10,000.00 | 2014 Proctor 18' X 52' Land Plane, SN-3791-18.52 |
| | $454,650.00 | Total : Field Equipment |

## Power Units

| | | |
|---|---|---|
| 81. | $14,000.00 | 2008 Deutz F6L914 Unit on Trailer, SN-8798958, & SN-8801710, Very Good Condition (2 @ $7,000.00ea) |
| 82. | $10,500.00 | 1999 Perkins 4 Cylinder Units (2) with Trailers, Very Good Condition (3 @ $3,500.00ea) |
| 83. | $17,500.00 | 1999 Perkins 4 Cylinder Unit on Trailer, Very Good Condition (5 @ $3,500.00ea) |
| 84. | $3,500.00 | Cummins 4 Cylinder Unit on Trailer, Very Good Condition |
| 85. | $4,500.00 | Deutz 4 Cylinder Water Cooled Units on Trailers, Very Good Condition (2 @ $2,250.00ea) |
| 86. | $9,000.00 | Deutz 5 Cylinder Unit on Trailer, SN-8847292, Very Good Condition |

| 87. | $9,000.00 | Deutz 6 Cylinder Unit on Trailer, SN-883952, Very Good Condition |
| 88. | $50,000.00 | Deutz 6 Cylinder Power Units on Stands, 2008 - 2010 Models, Very Good Condition (10 @ $5,000.00ea) |
| | $118,000.00 | Total : Power Units |

## Rice Equipment

| 89. | $2,400.00 | Gate Setters, 3 PT, Very Good Condition (3 @ $800.00ea) |
| 90. | $1,500.00 | Baker Plow Levee Splitter, Model HLS, SN-9409027, Good Condition |
| 91. | $1,250.00 | Amco Levee Plow, Model-LF6-824, SN-98030129, Good Condition |
| 92. | $1,200.00 | Amco Levee Plow, Model-LBF5, SN-1436, Good Condition |
| 93. | $1,500.00 | Amco Levee Plow, Model LF8, Hydraulic Adjuster, Good Condition |
| 94. | $3,500.00 | W & A Levee Plow, 3 PT Best Seeder Attachment, Good Condition |
| 95. | $750.00 | Holly Levee Plane, 9ft Wide, 3 PT, Good Condition |
| 96. | $750.00 | Geddie Levee Splitter, 3 PT, Shank Type, Good Condition |
| | $12,850.00 | Total : Rice Equipment |
| | $1,935,900.00 | Total |

**Fill in this information to identify the case:**

Debtor name **Williamson & Williamson Farms Partnership**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **AGCO Finance LLC** | | |
|---|---|---|---|

| | | **$45,630.00** | **$70,000.00** |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Sunflower 1435-33 Discs (2)**

**PO Box 9263**
**Des Moines, IA 50306-9263**

Creditor's mailing address

Describe the lien
**Equipment Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2013**

**Last 4 digits of account number**
**2797**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 | **Claus Financial** | | |
|---|---|---|---|

| | | **$335,000.00** | **$325,000.00** |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**2015 Class 740TT Lexion Combine**

**1291 Corporate Ave**
**Memphis, TN 38132**

Creditor's mailing address

Describe the lien
**Equipment Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015**

**Last 4 digits of account number**
**5001**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Williamson & Williamson Farms Partnership**                    Case number (if know) _____
          Name

☑ No
☐ Contingent
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.
☑ Unliquidated
☐ Disputed

---

| 2.3 | **CNH Capital** | Describe debtor's property that is subject to a lien | $40,851.00 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**Kelley Harrow 45D**

**POB 3600**
**Lancaster, PA 17604-3600**

Creditor's mailing address

**Describe the lien**

**Equipment Loan**
**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
☐ No

**2013**
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**Williamson**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Unliquidated
☐ Disputed

---

| 2.4 | **John Deere Credit** | Describe debtor's property that is subject to a lien | $4,846.00 | $313,300.00 |
|---|---|---|---|---|

Creditor's Name

**John Deere 726 Mulcher**
**John Deere 8420 Tractor**
**J & M 875 Grain Cart**
**John Deere 8520 Tractor**
**John Deere 8225R Tractor**

**POB 6600**
**Johnston, IA 50131-6600**

Creditor's mailing address

**Describe the lien**

**Equipment Loan**
**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
☐ No

**2011**
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6867**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Planters Bank & Trust** | Describe debtor's property that is subject to a lien | $53,002.00 | $100,000.00 |
|---|---|---|---|---|

Creditor's Name

**John Deere 8430 Tractor**

**POB 9**
**Ruleville, MS 38771**

Creditor's mailing address

**Describe the lien**

**Equipment Loan**

---

Debtor  **Williamson & Williamson Farms Partnership**

Name

Case number (if know) _____

---

|  | **Is the creditor an insider or related party?** |
|---|---|
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **2010** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |
| **2549** |  |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|  | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 2.6 | **Sanders (Pinnacle Ag)** | **Describe debtor's property that is subject to a lien** | $394,460.00 | $404,460.00 |
|---|---|---|---|---|
|  | Creditor's Name | **2015 Crops** |  |  |
|  | **PO Box 1169** |  |  |  |
|  | **Cleveland, MS 38732** |  |  |  |
|  | Creditor's mailing address | **Describe the lien** |  |  |
|  |  | **Crop Loan** |  |  |
|  |  | **Is the creditor an insider or related party?** |  |  |
|  |  | ■ No |  |  |
|  | Creditor's email address, if known | ☐ Yes |  |  |
|  |  | **Is anyone else liable on this claim?** |  |  |
|  | **Date debt was incurred** | ☐ No |  |  |
|  | **2015** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | **Last 4 digits of account number** |  |  |  |
|  | **8315** |  |  |  |
|  | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |  |  |
|  |  | Check all that apply |  |  |
|  | ■ No | ☐ Contingent |  |  |
|  | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |

---

| 2.7 | **Sanders (Pinnacle Ag)** | **Describe debtor's property that is subject to a lien** | $259,479.00 | $279,479.00 |
|---|---|---|---|---|
|  | Creditor's Name | **2015 Crops** |  |  |
|  | **PO Box 1169** |  |  |  |
|  | **Cleveland, MS 38732** |  |  |  |
|  | Creditor's mailing address | **Describe the lien** |  |  |
|  |  | **Crop Loan** |  |  |
|  |  | **Is the creditor an insider or related party?** |  |  |
|  |  | ■ No |  |  |
|  | Creditor's email address, if known | ☐ Yes |  |  |
|  |  | **Is anyone else liable on this claim?** |  |  |
|  | **Date debt was incurred** | ■ No |  |  |
|  | **2014** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | **Last 4 digits of account number** |  |  |  |
|  | **6013** |  |  |  |
|  | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |  |  |
|  |  | Check all that apply |  |  |
|  | ■ No | ☐ Contingent |  |  |
|  | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Williamson & Williamson Farms Partnership**                        Case number (if known) _____
     Name

| 2.8 | **State Bank & Trust** | **Describe debtor's property that is subject to a lien** | **$383,485.00** | **Unknown** |

Creditor's Name

**620 North Davis
Cleveland, MS 38732**

**1st on Rice inventory
2nd on all equipment (State Bank & Trust)**

Creditor's mailing address

**Describe the lien**
**Crop Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015**

**Last 4 digits of account number**
**1681**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.9 | **State Bank & Trust** | **Describe debtor's property that is subject to a lien** | **$519,154.00** | **$257,600.00** |

Creditor's Name

**620 North Davis
Cleveland, MS 38732**

**1st on 28000 bu. Soybeans
2nd on equipment  (State Bank & Trust)**

Creditor's mailing address

**Describe the lien**
**Crop Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015**

**Last 4 digits of account number**
**1681**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$2,035,907.00**

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **Williamson & Williamson Farms Partnership**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $43,387.77 |
| | **John Deere Financial**<br>**8402 Excelsier Dr**<br>**Madison, WI 53705-0326** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **9885** | Basis for the claim:  **Trade Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.2** | Nonpriority creditor's name and mailing address | $22,990.27 |
| | **Productivity Plus Account**<br>**PO Box 78004**<br>**Phoenix, AZ 85062** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **0272** | Basis for the claim:  **Trade Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.3** | Nonpriority creditor's name and mailing address | $376.22 |
| | **Scott Petroleum Corp**<br>**102 Main Street**<br>**Itta Bena, MS 38941** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **3373** | Basis for the claim:  **Trade Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.4** | Nonpriority creditor's name and mailing address | $3,614.23 |
| | **Scott Petroleum Corp**<br>**102 Main Street**<br>**Itta Bena, MS 38941** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **0147** | Basis for the claim:  **Trade Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **Williamson & Williamson Farms Partnership**                          Case number (if known) _____
_____
Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + $ | **70,368.49** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **70,368.49** |

**Fill in this information to identify the case:**

Debtor name __**Williamson & Williamson Farms Partnership**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF MISSISSIPPI__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **1168.0 acres farm land** | |
| State the term remaining — **Jan 1, 2016 - Dec 31, 2016** | **Delta Agrop**<br>**C/O Fischer Farm Services**<br>**PO Box 926** |
| List the contract number of any government contract — **988** | **Aberdeen, MS 39730** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **710 acres farm land** | |
| State the term remaining — **Jan 1, 2016 - Dec 31, 2016** | **Flowers Brothers**<br>**PO Box 192** |
| List the contract number of any government contract — **2344** | **Aubrey, AR 72311** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Grain Bin Rent** | |
| State the term remaining — **Jan 1, 2016 - Dec 31, 2016** | **Flowers Brothers**<br>**PO Box 192** |
| List the contract number of any government contract | **Aubrey, AR 72311** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **30 acres farm land** | |
| State the term remaining — **6 months** | **Ricky Williamson**<br>**PO Box 591** |
| List the contract number of any government contract — **4109** | **Drew, MS 38737** |

| Debtor 1 | **Williamson & Williamson Farms Partnership** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Sec 16, T24N, R4W** <br> **368.00 acres farm land** | |
|---|---|---|---|
| | State the term remaining | **Jan 1, 2015 - Dec. 31, 2019** | **Sunflower County School District** <br> **PO Box 70** <br> **Indianola, MS 38751** |
| | List the contract number of any government contract | **3467** | |

Fill in this information to identify the case:

Debtor name    **Williamson & Williamson Farms Partnership**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Cindy Williamson** | **PO Box 591**<br>**Drew, MS 38737** | **State Bank & Trust** | ■ D ____**2.8**____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Cindy Williamson** | **PO Box 591**<br>**Drew, MS 38737** | **State Bank & Trust** | ■ D ____**2.9**____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Cindy Williamson** | **PO Box 591**<br>**Drew, MS 38737** | **Sanders (Pinnacle Ag)** | ■ D ____**2.6**____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Cindy Williamson** | **PO Box 591**<br>**Drew, MS 38737** | **John Deere Credit** | ■ D ____**2.4**____<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **Cindy Williamson** | **PO Box 591**<br>**Drew, MS 38737** | **AGCO Finance LLC** | ■ D ____**2.1**____<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Williamson & Williamson Farms Partnership** | Case number *(if known)* | |
|---|---|---|---|

█ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Cindy Williamson**  PO Box 591  Drew, MS 38737 | **CNH Capital** | ■ D ___2.3___  ☐ E/F _____  ☐ G _____ |
| 2.7 | **Cindy Williamson**  PO Box 591  Drew, MS 38737 | **Planters Bank & Trust** | ■ D ___2.5___  ☐ E/F _____  ☐ G _____ |
| 2.8 | **Cindy Williamson**  PO Box 591  Drew, MS 38737 | **Claus Financial** | ■ D ___2.2___  ☐ E/F _____  ☐ G _____ |
| 2.9 | **Cindy Williamson**  PO Box 591  Drew, MS 38737 | **Scott Petroleum Corp** | ☐ D _____  ■ E/F ___3.3___  ☐ G _____ |
| 2.10 | **Cindy Williamson**  PO Box 591  Drew, MS 38737 | **Scott Petroleum Corp** | ☐ D _____  ■ E/F ___3.4___  ☐ G _____ |
| 2.11 | **Ricky Williamson**  PO Box 591  Drew, MS 38737 | **State Bank & Trust** | ■ D ___2.8___  ☐ E/F _____  ☐ G _____ |
| 2.12 | **Ricky Williamson**  PO Box 591  Drew, MS 38737 | **State Bank & Trust** | ■ D ___2.9___  ☐ E/F _____  ☐ G _____ |
| 2.13 | **Ricky Williamson**  PO Box 591  Drew, MS 38737 | **Sanders (Pinnacle Ag)** | ■ D ___2.6___  ☐ E/F _____  ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Williamson & Williamson Farms Partnership** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | Ricky Williamson | PO Box 591<br>Drew, MS 38737 | John Deere Credit | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Ricky Williamson | PO Box 591<br>Drew, MS 38737 | AGCO Finance LLC | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | Ricky Williamson | PO Box 591<br>Drew, MS 38737 | CNH Capital | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | Ricky Williamson | PO Box 591<br>Drew, MS 38737 | Planters Bank &<br>Trust | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | Ricky Williamson | PO Box 591<br>Drew, MS 38737 | Claus Financial | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | Ricky Williamson | PO Box 591<br>Drew, MS 38737 | Scott Petroleum Corp | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.20 | Ricky Williamson | PO Box 591<br>Drew, MS 38737 | Scott Petroleum Corp | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Williamson & Williamson Farms Partnership**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    **12/15**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For prior year:** From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For year before that:** From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$105,117.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    __Williamson & Williamson Farms Partnership__                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None.

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

Debtor    **Williamson & Williamson Farms Partnership**                    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jeffrey A. Levingston**<br>**POB 1327**<br>**Cleveland, MS 38732** | | **January 28, 2016** | **$5,000.00** |
| | Email or website address<br>**jleving@bellsouth.net** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

| Debtor | **Williamson & Williamson Farms Partnership** | Case number *(if known)* |

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **Williamson & Williamson Farms Partnership**                    Case number *(if known)* _____

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

☒  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.   **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Kenneth E. Mullins, Jr., CPA**<br>**Jackson Braswell Mullins & Bailey**<br>**PO Box 298**<br>**Cleveland, MS 38732** | **1998 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

---

| Debtor | **Williamson & Williamson Farms Partnership** | | Case number *(if known)* | |

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Kenneth E. Mullins, Jr., CPA**<br>**Jackson Braswell Mullins & Bailey**<br>**PO Box 298**<br>**Cleveland, MS 38732** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ricky Williamson** | **PO Box 591**<br>**Drew, MS 38737** | **Partner** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cindy Williamson** | **PO Box 591**<br>**Drew, MS 38737** | **Partner** | **50%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Debtor    **Williamson & Williamson Farms Partnership**                          Case number *(if known)* _____

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 26, 2016**

**/s/ Ricky D. Williamson**                                    **Ricky D. Williamson**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Partner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Mississippi

In re  **Williamson & Williamson Farms Partnership**

_____ Case No. _____
Debtor(s)      Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

  I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 26, 2016**
_____
_Date_

**/s/ Jeffrey A. Levingston**
_____
**Jeffrey A. Levingston**
_Signature of Attorney_
**Levingston & Levingston, P.A.**
**201 S. Pearman Avenue**
**P. O. Box 1327**
**Cleveland, MS 38732**
**662-843-2791  Fax: 662-843-2797**
**jleving@bellsouth.net**
_Name of law firm_

# United States Bankruptcy Court
### Northern District of Mississippi

In re    __Williamson & Williamson Farms Partnership__      Case No.   _____

                Debtor(s)      Chapter   __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Partner** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   __February 26, 2016__         Signature   __/s/ Ricky D. Williamson__

                                                **Ricky D. Williamson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Mississippi

In re  __Williamson & Williamson Farms Partnership__                          Case No.  _____

                                             Debtor(s)            Chapter  __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Partner of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.


Date:  __February 26, 2016__            __/s/ Ricky D. Williamson__
                                        __Ricky D. Williamson__/__Partner__
                                        Signer/Title

.

AGCO Finance LLC
PO Box 9263
Des Moines, IA 50306-9263


Cindy Williamson
PO Box 591
Drew, MS 38737


Claus Financial
1291 Corporate Ave
Memphis, TN 38132


CNH Capital
POB 3600
Lancaster, PA 17604-3600


Delta Agrop
C/O Fischer Farm Services
PO Box 926
Aberdeen, MS 39730


Flowers Brothers
PO Box 192
Aubrey, AR 72311


John Deere Credit
POB 6600
Johnston, IA 50131-6600


John Deere Financial
8402 Excelsier Dr
Madison, WI 53705-0326


Planters Bank & Trust
POB 9
Ruleville, MS 38771


Productivity Plus Account
PO Box 78004
Phoenix, AZ 85062


Ricky Williamson
PO Box 591
Drew, MS 38737

Sanders (Pinnacle Ag)
PO Box 1169
Cleveland, MS 38732


Scott Petroleum Corp
102 Main Street
Itta Bena, MS 38941


State Bank & Trust
620 North Davis
Cleveland, MS 38732


Sunflower County School District
PO Box 70
Indianola, MS 38751