**WILLIAMSON AND WILLIAMSON**
**PRO FORMA INCOME STATEMENT**
**For the Year Ended December 31, 2016**

| Income: | Acres | Yield | Price | Total |
|---|---|---|---|---|
| Rice (Hybrid) | 583 | 200 | 5.50 | $   641,773 |
| Soybeans | 553 | 50 | 9.00 | 248,967 |
| | | | | 0 |
| Less: 28% Crop Share #2193 | | | | (249,407) |
| | | | | 0 |
| Soybeans #3467 | 369 | 50 | 9.00 | 166,050 |
| | | | | 0 |
| | | | | 0 |
| Soybeans #2344 | 496 | 50 | 9.00 | 223,200 |
| Rice (Hybrid) - # 2344 | 257 | 200 | 5.50 | 283,052 |
| Rice (Hybrid) | 32 | 200 | 5.50 | 35,200 |
| | | | | 0 |
| Total Estimated Crop Sales: | | | | $   1,348,835 |

Other Income:

| | |
|---|---|
| ASCS Payments - Direct Payments: | $           0 |
| | |
| PLC Payment - Rice | 117,978 |
| Custom Work | 200,000 |

Total Other Income                                                      317,978

Total Farm Income Estimated                                   $   1,666,813

**WILLIAMSON AND WILLIAMSON**
**PRO FORMA INCOME STATEMENT**
**For the Year Ended December 31, 2016**

Expenses:

| | | |
|---|---|---:|
| Labor Hired | | $ 135,000 |
| Repairs, Machinery & Equipment | | 125,000 |
| Repairs, Building & Improvements | | |
| Rent Expense | | 147,721 |
| Flying | | 100,000 |
| Chemicals, Fertilizer and Seed - | Rice | 458,672 |
| | Soybeans | 269,420 |
| | Corn | |
| | Wheat | |
| Custom Machine Hire | | 35,000 |
| Supplies | | 5,000 |
| Gas, Oil, etc. | | 175,000 |
| Grain Bin Rent | | |
| R/E Taxes & Payroll | | 15,000 |
| Insurance | | 75,000 |
| Utilities | | 40,000 |
| Marketing & Transportation Expense | | |
| Legal and Professional | | 13,000 |
| Miscellaneous Expense | | 15,000 |
| Interest Expense - Crop Loan | | 59,325 |
| | | |
| | | |
| Equipment Payments | | 129,349 |
| Less: Fall Eq Payments | | (58,626) |
| | | |

| | | |
|---|---|---:|
| Total Expenses: | | $ 1,738,861 |
| Net Income Before Depreciation | | (72,048) |
| Depreciation Expense | | |
| Net Income After Depreciation | | $ (72,048) |

2016 Loan Request:

| | | |
|---|---|---:|
| Total Expenses | $ | 1,738,861 |
| Less: Fall Rent | | (106,500) |
| Less: Interest on Crop Loan | | (59,325) |
| Less: Fall Grain Bin Rent | | (28,000) |
| Add: Partners' Draws | | 150,000 |
| Amount needed to borrow | $ | 1,695,036 |
| 2016 Crop Loan Request - Cash | $ | 1,695,000 |
| 2016 Crop Loan Request - Chem,Seed, & Fert | $ | 0 |

**WILLIAMSON AND WILLIAMSON**
**PRO FORMA INCOME STATEMENT**
**For the Year Ended December 31, 2016**

| | | |
|---|---:|---:|
| Net Income After Depreciation | | $ (72,048) |
| Add: | | |
| Crop Loan | $ 1,695,000 | |
| Interest Expense Estimated | 59,325 | |
| Wheat Loan | | |
| Non-Farm Income: | | |
| | | |
| Total Additions: | | 1,754,325 |
| | | |
| Net funds available for Living Expenses | | |
| & Principle & Interest payments: | | $ 1,682,277 |
| | | |
| Less: | | |
| Estimated Partners' Draws | $ 150,000 | |
| Estimated State & Federal Income Tax | | |
| Principle & Interest Payments: | | |
| 2016 Crop Loan - Bank(Cash) | 1,754,325 | |
| 2016 Crop Loan - Chemical | 0 | |
| Fall Equipment Payment | 58,626 | |
| | | |
| Total Reductions: | | $ 1,962,951 |
| | | |
| Net Cast Flow + or - | | $ (280,674) |

See accompanying Notes to Financial Statements and Accountants' Report.