**WILLIAMSON AND WILLIAMSON**
**STATEMENT OF INCOME AND EXPENSE**
**FOR THE YEAR ENDED DECEMBER 31, 2015**

**Income:**

| | | | | |
|---|---|---|---|---|
| Crop Sales | | $ | 2,059,426 | |
| Less: Beginning Inventory | $ | (617,258) | | |
| Add: Ending Inventory | | 257,600 | | |
| Net Increase (Decrease) | | | (359,658) | |
| Crop Income | | | $ | 1,699,768 |
| ASCS Payments Received | | | 154,516 | |
| Less: Beginning Receivable | | - | | |
| Add: Ending Receivable | | - | | |
| Net Increase (Decrease) | | | - | |
| ASCS Payments | | | | 154,516 |
| Other Income (Schedule G) | | | | 20,959 |
| **Total Income** | | | | 1,875,243 |

**Expenses:**

| | | |
|---|---|---|
| Labor Hired | $ | 138,635 |
| Repairs, Machinery & Equipment | | 223,876 |
| Repairs, Building & Improvements | | |
| Rents | | 186,556 |
| Seed, Chemicals and Fertilizer | | 753,185 |
| Flying | | 96,702 |
| Supplies | | 1,906 |
| Custom Machine Hire | | 36,103 |
| Gas, Fuel, & Oil | | 175,442 |
| Equipment Leases | | 24,935 |
| Taxes (Real Estate and Payroll) | | 15,858 |
| Insurance | | 73,612 |
| Utilities | | 44,704 |
| Hauling | | 6,283 |
| Marketing Expense | | |
| Miscellaneous | | 15,183 |
| Interest Expense | | 75,356 |
| Legal and Accounting | | 15,816 |
| Expense Adjustment (Schedule D) | | - |
| Expense Adjustment (Schedule D) | | - |
| Loan Fees | | |
| | | |
| | | |
| | | |
| | | |
| **Total Expenses** | | 1,884,152 |
| Net Income Before Depreciation | | (8,909) |
| Depreciation Expense | | (140,000) |
| Net Income After Depreciation | $ | (148,909) |

WILLIAMSON AND WILLIAMSON
FOOTNOTES TO FINANCIAL STATEMENTS
December 31, 2015

Schedule A:

Savings Accounts and Certificate of Deposits:

| Description | Amount | Due Date | Interest Rate | Pledged |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Schedule B:

Marketable and Non Marketable Securities:

| Shares | Description | Date Acquired | Cost Value Marketable | Cost Value Non Marketable | Market Value Marketable | Market Value Non Marketable |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Schedule C: Crop Income

| Crop | Acres | Sales | Beginning Inventory | Ending Inventory | Current Year Sales | Yield |
|---|---|---|---|---|---|---|
| Crop Sales |  | 1,417,872 | 617,258 | 257,600 | 1,058,214 |  |
| Crop Insurance |  | 296,647 | 0 | 0 | 296,647 |  |
| Equipment Rent |  | 152,350 | 0 | 0 | 152,350 |  |
| Custom Work |  | 192,557 |  |  | 192,557 |  |
|  |  |  |  | 0 | 0 |  |
|  |  |  |  |  | 0 |  |
| Total |  | 2,059,426 | 617,258 | 257,600 | 1,699,768 |  |
| ASCS Payments |  | 154,516 | 0 | 0 | 154,516 |  |
|  |  |  |  |  |  |  |
| Total |  | 2,213,942 | 617,258 | 257,600 | 1,854,284 |  |

WILLIAMSON AND WILLIAMSON
FOOTNOTES TO FINANICAL STATEMENTS
December 31, 2015

Schedule G:

Other Income:

| | | |
|---|---|---|
| Sale of Equipment | $ | 20,959 |
| Total | $ | 20,959 |

Schedule H:

Rents Paid:

| | | |
|---|---|---|
| Drew School Dist | $ | 51,056 |
| Linda Hill | | 1,000 |
| Flowers Brothers | | 106,500 |
| Flowers Brothers - Grain Bin Rent | | 28,000 |
| Total | $ | 186,556 |

WILLIAMSON AND WILLIAMSON
FOOTNOTES TO FINANICAL STATEMENTS
December 31, 2015

Schedule D:

Unused Assets:

| Description | (+) Beginning Inventory | (-) Ending Inventory | (+) or (-) Change |
|---|---|---|---|
| (1) Cash Investment in Growing Crops | 0 | 0 | 0 |
| (2) Supplies | | | 0 |
| (3) Prepaid Rent | | | 0 |
| (4) Prepaid Insurance | | | 0 |
| (5) 2016 Land Preperation - 2706 Acres | 108,240 | 108,240 | 0 |
| (6) | | | 0 |
| Total | | | 0 |

Schedule D:

Unpaid Expenses:

| Description | (-) Beginning Inventory | (+) Ending Inventory | (+) or (-) Change |
|---|---|---|---|
| (1) Accounts Payable | 0 | 0 | 0 |
| (2) Accrued RE Taxes | | | 0 |
| (3) Accrued Payroll and Income Taxes | | | 0 |
| (4) Accrued Rents | 0 | 0 | 0 |
| (5) Accrued Interest | 0 | 0 | 0 |
| (6) | | | 0 |
| Total | | | 0 |