## Ag Resource Management Crop Production Loan

|  | Borrower | Co-Borrower | Loan Officer | App Date |
|---|---|---|---|---|
| Applicant | Williamson & Williamson |  | Butch Bassie | 9-Feb-16 |
| Address | P.O. Box 591 |  |  |  |
| City, St, Zip | Drew, MS 38737 |  | Interest Rate | Due Date |
| Phone | 662-902-7976 |  | 9.5% | 15-Mar-17 |
| email |  |  |  |  |
| SSN / TID | 64-0888282 |  | Loan Type |  |
| Organization Type | Partnership |  | All-In |  |
| Date of Birth | 4/1/1998 | 17 |  |  |
| Years Farming | 17 |  | Loan Commitment |  |
| Crops | Rice & Soybeans |  | ARM | $  923,276 |
| Percent Irrigated | 90% |  |  |  |
| Crop Insurance Agency | ARM |  |  |  |

**Corporate, LLC, Partnership, or Joint Venture Info**

Ricky Williamson 50% and Cindy Williamson 50%

**Questions**

- [x] Agree  I am not a defendant in any suits or legal actions.
- [x] Agree  There are no judgements outstanding against me.
- [ ] Agree  I have not been and am not now involved in bankruptcy.
- [ ] Agree  I have no other affiliated entities.
- [x] Agree  I earn 100% of my income from farming operations

- [x] Agree  I am in good standing with the FSA.
- [ ] Agree  I have not received any FSA Direct Payments.
- [x] Agree  I have Federal Crop Insurance in force.
- [x] Agree  I am in good standing with Federal Crop Insurance.
- [x] Agree  I have no outstanding past due Federal Crop Insurance premiums.
- [x] Agree  I have no outstanding liens on the crops involved in this loan.
- [x] Agree  I have no future crops booked or other future contract liabilities.

- [x] Agree  I plant my own crops.
- [x] Agree  I harvest my own crops.
- [x] Agree  I have all equipment obligations met and/or factored into the loan.
- [x] Agree  I have made provisions for all other non-requested cash outlays
- [x] Agree  I have no third-party credit available (PHI, Monsanto, FarmPlan, etc.)

**Comments**

Williamson & Williamson Farms, Partnership is made up of husband and wife as described above. This loan was referred to us from Jeffrey Levingston, a local bankruptcy attorney, whom I have worked with in the past. We have a great working relationship. The Williamsons have been receiving their financing through State Bank and Trust and Sanders, Inc.; however, they can not pay their 2015 loan obligation to both the bank and Sanders. The Williamsons had 300,000 bushels of stored rice that was damage when a storm hit their grain bins. Thje inventory was insured by Farm Bureau, but as of today they are denying the claim. The Williamsons are in the process of filing a lawsuit against Farm Bureau for dealing Bad Faith. The loss on the damged rice is in the neighborhood of $900,000+/-. Due to this, the Williamsons have been advised to file Chapter 11 Bankruptcy in order to contniue their farming operation with the goal of repaying a portion of their carryover debts. This loan request will require an Order to Incurr debt form the Bankruptcy Court with a Superior First Priorty Lien on the 2016 Crops, Crop INsurance and 2015 FSA Payments. The order will also provide for the Williamsons to use the funds from 28,595.22 bushels of soybeans from the 2015 crop stored at Louis Dryfus Grain at the port of Rosedale. This stored bushels have been verified. I have included said funds in the analysis and moved expenses to 3rd party, which will be paid from said funds. The insurance indemnity is $853,653 with the total loan being $923,276 for a coverage ratio of 92%; however, when adding the FSA Payments back a discounted value of 50% coverage ratio is 104%. The cash flow is $489,898 or 41% of investment. The exposure is $207,337 or 21%. I recommend approval of the loan request based on all collateral conditions being met.

**Collateral Conditions**

AGRICULTURAL SECURITY AGREEMENT ON CROPS AND EQUIPMENT
ASSIGNMENT OF FSA DIRECT, CCP, AND LDP PAYMENT
ASSIGNMENT OF CROP INSURANCE
PERSONAL GUARANTEE OF RICKY WILLIAMSON AND CINDY WILLIAMSON
BANKRUPTCY ORDER TO INCURR DEBT WITH PRIORTY FIRST LIEN POSITION OF 2016 CROP, CROP INS. AND 2015 FSA PAYMENTS
BANKRUPTCY ORDER ALLOWING THE WILLIAMSONS TO UTILIZE 2015 CROP PROCEEDS FROM THE SALE OF 28,595.22 BUSHELS OF SOYBEANS



EXHIBIT "A"

| applicant | co-applicant | terms | |
|---|---|---|---|
| Williamson & Williamson | - | Interest Rate: | 10% |
| P.O. Box 591 | | Due Date: | 15-Mar-17 |
| Drew, MS 38737 | | | |

projected income

| | Acres/Head | Prod Yld | Price | Bk Qty | Bk Price | Harvest Adj | Rebate Adj | Prod Share | Income |
|---|---|---|---|---|---|---|---|---|---|
| Soybean | 1,418.0 | 48 | $ 8.7500 | - | $ - | $ - | $ - | 89% | $ 527,764 |
| Rice | 905.5 | 8,670 | $ 0.1170 | - | $ - | $ - | $ - | 82% | $ 752,941 |
| FSA | | | | | | | | | $ 213,051 |
| 2015 Crop Proceeds | | | | | | | | | $ 247,520 |
| Total | 2,323.5 | | | | | | | | $ 1,741,276 |

use of funds

| | ARM | n/a | 3rd Party | Total |
|---|---|---|---|---|
| Fertilizer | $ - | $ - | $ 89,645 | $ 89,645 |
| Seed | $ - | $ - | $ 153,702 | $ 153,702 |
| Fungicide | $ 49,121 | $ - | $ - | $ 49,121 |
| Herbicide | $ 120,143 | $ - | $ - | $ 120,143 |
| Insecticide | $ 40,658 | $ - | $ - | $ 40,658 |
| Custom | $ 81,690 | $ - | $ - | $ 81,690 |
| Fuel | $ 105,925 | $ - | $ - | $ 105,925 |
| Labor | $ 38,629 | $ - | $ - | $ 38,629 |
| Repairs | $ 32,290 | $ - | $ - | $ 32,290 |
| Insurance | $ - | $ - | $ 34,595 | $ 34,595 |
| Harvesting | $ 103,960 | $ - | $ - | $ 103,960 |
| Misc/Acre | $ 55,525 | $ - | $ - | $ 55,525 |
| Cash Rent | $ 147,721 | $ - | $ - | $ 147,721 |
| Misc | $ 70,723 | $ - | $ - | $ 70,723 |
| Fees and Other | $ 26,892 | $ - | $ - | $ 26,892 |
| Commitment | $ 923,276 | $ - | $ 277,941 | $ 1,201,217 |
| Estimated Interest | $ 50,161 | $ - | $ - | $ 50,161 |
| Cash Flow | | | | $ 489,898 |

insurance coverage

| | Type | Option | Price | Level | MPCI | Stax/SCO | Premium | Ins Share | Ins Value |
|---|---|---|---|---|---|---|---|---|---|
| Soybean | RP | EU | $ 8.8600 | 80% | $ 232.28 | $ - | $ 16.00 | 89% | $ 273,190 |
| Rice | RP | EU | $ 0.1170 | 80% | $ 746.21 | $ 48.96 | $ 13.15 | 82% | $ 580,463 |
| Total | | | | | | | | | $ 853,653 |

| | Coverage | Level | Guarantee | Premium | Net Guar | Above MPCI |
|---|---|---|---|---|---|---|
| Whole Farm Revenue Protection | $ - | 85% | $ - | $ - | $ - | $ - |

\*\*\* *Loan secured by Collateral Conditions:*            $    923,276
\*\*\* *Applicants share of crop insurance coverage less premium:*   $    853,653
\*\*\* *Crop Insurance coverege over loan:*                $    (69,623)
\*\*\* *Additional estimate of collateral value less known liens*
    *FSA*                                   $    213,051
    *Indirect Income*                       $    247,520
\*\*\* *Loan payback break-evens:*
    *Soybean*       29.5
    *Rice*          5,353.5

Summary

### Terms

| | |
|---|---|
| Due Date | 03/15/17 |
| Loan Orig Fee | 1.0% |
| Loan Srvc Fee | 2.0% |
| Interest Rate | 9.5% |
| Estimated Days | 215 |
| fee on total | Y    fee min    $ 330 |

### Expenses

| | ARM | n/a | Other | Total |
|---|---|---|---|---|
| Budget | $ 896,384 | $ - | $ 277,941 | $ 1,174,325 |
| Loan Orig Fee | $ 8,964 | $ - | $ - | $ 8,964 |
| Loan Srvc Fee | $ 17,928 | $ - | $ - | $ 17,928 |
| Est Interest | $ 50,161 | $ - | $ - | $ 50,161 |
| Total | $ 973,436 | $ - | $ 277,941 | $ 1,251,378 |

### Production History

| | 2015 | 2014 | 2013 | 3yr Avg | 2012 | 2011 | 2010 | 6yr Avg | APH |
|---|---|---|---|---|---|---|---|---|---|
| Soybean | 24 | 57 | 57 | 46 | | 53 | | 48 | 33 |
| Rice | 7,245 | 8,100 | 9,675 | 8,340 | 9,000 | 8,550 | 9,450 | 8,670 | 7,972 |

### Projected Crop Income

unhide Columns J-O for entry of details

| | Acres/Head | Prod Yld | Price | Crop Value | Bk Adj | Harvest Adj | Rebate Adj | Prod Share | Income |
|---|---|---|---|---|---|---|---|---|---|
| Soybean | 1,418.0 | 48 | $ 8.7500 | $ 592,458 | $ - | $ - | $ - | 89% | $ 527,764 |
| Rice | 905.5 | 8,670 | $ 0.1170 | $ 918,530 | $ - | $ - | $ - | 82% | $ 752,941 |
| Total | 2,323.5 | | | $ 1,510,988 | $ - | $ - | $ - | | $ 1,280,705 |

### Projected Total Income

| | |
|---|---|
| Crop Income | $ 1,280,705 |
| FSA | $ 213,051 |
| 2015 Crop Proceeds | $ 247,520 |
| Total Income | $ 1,741,276 |

### Insurance

| | Ins Share | MPCI | Stax/Sco | Ins Value |
|---|---|---|---|---|
| Soybean | 89% | $ 273,190 | $ - | $ 273,190 |
| Rice | 82% | $ 544,123 | $ 36,339 | $ 580,463 |
| Total | | $ 817,314 | $ 36,339 | $ 853,653 |

### Discounted Crop and Insurance

| Type | Crop | MPCI | Stax/SCO | Total |
|---|---|---|---|---|
| RP | $ 263,882 | $ 34,084 | $ - | $ 297,966 |
| RP | $ 376,471 | $ 134,122 | $ 18,170 | $ 528,762 |
| | $ 640,353 | $ 168,206 | $ 18,170 | $ 826,728 |

### Collateral Summary

| | Mkt Value | Disc Value | Prior Lien | Value |
|---|---|---|---|---|
| Crops | $ 1,280,705 | $ 640,353 | $ - | $ 640,353 |
| MPCI | $ 817,314 | $ 168,206 | $ - | $ 168,206 |
| Stax/SCO | $ 36,339 | $ 18,170 | $ - | $ 18,170 |
| WFRP | $ - | $ - | $ - | $ - |
| Equipment | $ - | $ - | $ - | $ - |
| Real Estate | $ - | $ - | $ - | $ - |
| FSA | $ 213,051 | $ 106,526 | $ - | $ 106,526 |
| Indirect Income | $ 247,520 | $ 247,520 | $ - | $ 247,520 |
| Total | $ 2,594,929 | $ 1,180,774 | $ - | $ 1,180,774 |

### Discounts Used

| Base Disc | RP | RP-HPE | Map | Ac Rpt |
|---|---|---|---|---|
| 50% | | | | |
| 40% | -20% | -10% | -5% | -5% |
| 50% | | | | |
| 20% | | | | |
| 50% | | | | |
| 40% | | | | |
| 50% | | | | |
| 0% | | | | |

### Cash Flow

| | |
|---|---|
| Income | $ 1,741,276 |
| Expenses | $ 1,251,378 |
| Cash Flow | $ 489,898 |

### Exposure

| | |
|---|---|
| Discounted Collateral | $ 1,180,774 |
| Less Commitment | $ 973,436 |
| Exposure | $ 207,337 |

Underwriting

**MPCI Insurance Coverage**

|         | Type | Unit | Options | SE | APH   | Level | Price     | +SE | MPCI / ac | Prem / ac |
|---------|------|------|---------|----|-------|-------|-----------|-----|-----------|-----------|
| Soybean | RP   | EU   |         |    | 33    | 80%   | $ 8.8600  |     | $ 232.28  | $ 16.00   |
| Rice    | RP   | EU   |         |    | 7,972 | 80%   | $ 0.1170  |     | $ 746.21  | $ 13.15   |

*Deduct 1% from level for each day of Late Planting allowed

**Supplemental Coverage**

|         | FSA   | Stax/SCO | Loss Trig | Cov Rng | Prot Fctr | ExpYld | ExpRev     | SCO / ac  |
|---------|-------|----------|-----------|---------|-----------|--------|------------|-----------|
| Soybean | ARC-C | N        | 86%       | 6%      | 100%      |        | $ -        | $ -       |
| Rice    | PLC   | Y        | 86%       | 6%      | 100%      | 6,974  | $ 815.96   | $ 48.96   |

**Whole Farm Revenue Protection**

|               | Count | Livestock | CAT | Growth | Coverage | Level | Guarantee | Premium | Net Guar. |
|---------------|-------|-----------|-----|--------|----------|-------|-----------|---------|-----------|
| Annual Income | 2     | 0%        | N   | 100%   | $ -      | 85%   | $ -       | $ -     | $ -       |

*Please atatch Darts printout

| | ARM / ac | n/a / ac | 3P / ac | Total / ac | ARM total | n/a total | 3P total | Total |
|---|---|---|---|---|---|---|---|---|
| **Soybean** | | | | | | | | **1,418.0** |
| Fertilizer | $ - | | $ - | $ - | $ - | $ - | $ - | $ - |
| Seed | $ - | $ - | $ 60.50 | $ 60.50 | $ - | $ - | $ 85,789 | $ 85,789 |
| Fungicide | $ 17.31 | $ - | $ - | $ 17.31 | $ 24,546 | $ - | $ - | $ 24,546 |
| Herbicide | $ 32.83 | $ - | $ - | $ 32.83 | $ 46,553 | $ - | $ - | $ 46,553 |
| Insecticide | $ 24.79 | $ - | $ - | $ 24.79 | $ 35,152 | $ - | $ - | $ 35,152 |
| Custom | $ 26.00 | $ - | $ - | $ 26.00 | $ 36,868 | $ - | $ - | $ 36,868 |
| Fuel | $ 30.00 | $ - | $ - | $ 30.00 | $ 42,540 | $ - | $ - | $ 42,540 |
| Labor | $ 10.00 | $ - | $ - | $ 10.00 | $ 14,180 | $ - | $ - | $ 14,180 |
| Repairs | $ 10.00 | $ - | $ - | $ 10.00 | $ 14,180 | $ - | $ - | $ 14,180 |
| Insurance | $ - | $ - | $ 16.00 | $ 16.00 | $ - | $ - | $ 22,688 | $ 22,688 |
| Harvesting | $ 35.00 | $ - | $ - | $ 35.00 | $ 49,630 | $ - | $ - | $ 49,630 |
| Misc/Acre | $ 20.00 | $ - | $ - | $ 20.00 | $ 28,360 | $ - | $ - | $ 28,360 |
| Total | $ 205.93 | $ - | $ 76.50 | $ 282.43 | $ 292,009 | $ - | $ 108,477 | $ 400,486 |
| | | | | | | | | |
| **Rice** | | | | | | | | **905.5** |
| Fertilizer | $ - | $ - | $ 99.00 | $ 99.00 | $ - | $ - | $ 89,645 | $ 89,645 |
| Seed | $ - | $ - | $ 75.00 | $ 75.00 | $ - | $ - | $ 67,913 | $ 67,913 |
| Fungicide | $ 27.14 | $ - | $ - | $ 27.14 | $ 24,575 | $ - | $ - | $ 24,575 |
| Herbicide | $ 81.27 | $ - | $ - | $ 81.27 | $ 73,590 | $ - | $ - | $ 73,590 |
| Insecticide | $ 6.08 | $ - | $ - | $ 6.08 | $ 5,505 | $ - | $ - | $ 5,505 |
| Custom | $ 49.50 | $ - | $ - | $ 49.50 | $ 44,822 | $ - | $ - | $ 44,822 |
| Fuel | $ 70.00 | $ - | $ - | $ 70.00 | $ 63,385 | $ - | $ - | $ 63,385 |
| Labor | $ 27.00 | $ - | $ - | $ 27.00 | $ 24,449 | $ - | $ - | $ 24,449 |
| Repairs | $ 20.00 | $ - | $ - | $ 20.00 | $ 18,110 | $ - | $ - | $ 18,110 |
| Insurance | $ - | $ - | $ 13.15 | $ 13.15 | $ - | $ - | $ 11,907 | $ 11,907 |
| Harvesting | $ 60.00 | $ - | $ - | $ 60.00 | $ 54,330 | $ - | $ - | $ 54,330 |
| Misc/Acre | $ 30.00 | $ - | $ - | $ 30.00 | $ 27,165 | $ - | $ - | $ 27,165 |
| Total | $ 370.99 | $ - | $ 187.15 | $ 558.14 | $ 335,931 | $ - | $ 169,464 | $ 505,396 |
| | | | | | | | | |
| **Total** | | | | | | | | **2,323.5** |
| Fertilizer | | | | | $ - | $ - | $ 89,645 | $ 89,645 |
| Seed | | | | | $ - | $ - | $ 153,702 | $ 153,702 |
| Fungicide | | | | | $ 49,121 | $ - | $ - | $ 49,121 |
| Herbicide | | | | | $ 120,143 | $ - | $ - | $ 120,143 |
| Insecticide | | | | | $ 40,658 | $ - | $ - | $ 40,658 |
| Custom | | | | | $ 81,690 | $ - | $ - | $ 81,690 |
| Fuel | | | | | $ 105,925 | $ - | $ - | $ 105,925 |
| Labor | | | | | $ 38,629 | $ - | $ - | $ 38,629 |
| Repairs | | | | | $ 32,290 | $ - | $ - | $ 32,290 |
| Insurance | | | | | $ - | $ - | $ 34,595 | $ 34,595 |
| Harvesting | | | | | $ 103,960 | $ - | $ - | $ 103,960 |
| Misc/Acre | | | | | $ 55,525 | $ - | $ - | $ 55,525 |
| Cash Rent | | | | | $ 147,721 | $ - | $ - | $ 147,721 |
| EQ | | | | | $ 70,723 | $ - | $ - | $ 70,723.00 |
| Living | | | | | $ 50,000 | $ - | $ - | $ 50,000.00 |
| TOTAL | | | | | $ 896,384 | $ - | $ 277,941 | $ 1,174,325 |

Row Crop Optimizer

| St / County | FSN | Prac | Landlord | Rent % | Perm | Rent/ac | Due | Waived/ac | Cash Rent | Soybean | | | | Rice | | | | Tot Ac |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Acres | APH | CF | Ex | Acres | APH | CF | Ex | |
| MS/ Tallahatchie | 988 | Ir | Delta Agroup | 28% | | | | | $ - | 553.0 | 44 | $ (5.68) | $ (23.13) | 583.0 | 7,889 | $ 124.24 | $ 105.53 | 1,136.0 |
| MS/ Sunflower | 3467 | Non-Ir | Sunf. Schools | 0% | | $ 111.71 | | | $ 41,221 | 369.0 | 19 | $ (10.21) | $ (136.04) | | | $ 266.96 | $ 7.48 | 369.0 |
| MS/ Sunflower | 2344 | Ir | Flowers | 0% | | $ 135.67 | | | $ 106,500 | 496.0 | 34 | $ (36.23) | $ (149.19) | 289.0 | 8,284 | $ 260.94 | $ 184.00 | 785.0 |
| MS/ Sunflower | 4190 | Ir | Williamson | 0% | | | | | $ - | - | | $ 111.11 | $ (14.73) | 33.5 | 6,501 | $ 408.27 | $ 199.31 | 33.5 |
| Total | | | | | | | | | $ 147,721 | 1,418.0 | 33 | | | 905.5 | 7,972 | | | 2,323.5 |
| | | | | | | | | | | FSA | | ARC-C | | FSA | | PLC | | |
| | | | | | | | | | | Type | | RP | | Type | | RP | | |
| | | | | | | | | | | Level | | 80.0% | | Level | | 80.0% | | |
| | | | | | | | | | | SCO | | N | | SCO | | Y | | |
| | | | | | | | | | | AIP Mapped | | N | | AIP Mapped | | N | | |
| | | | | | | | | | | Ins Acre Report | | N | | Ins Acre Report | | N | | |

Optimizer